AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Progressive Northern Insurance Company<br>*Plaintiff*<br>v.<br>Paulette Jackson; Anthony Fogle; Jonathan Lee; Daniel Wesley Ryant II; Trequan Tyreke Stokes; and the Estate of Raquan Middleton,<br>*Defendants* | Civil Action No.     5:19-02002-JMC |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

■ other: this action is dismissed without prejudice.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable J. Michelle Childs, United States District Judge presiding.  The court having sua sponte dismissed the Plaintiff's complaint.

Date:   August 20, 2020                                            *CLERK OF COURT*

                                                                    s/Angie Snipes
                                                        _____
                                                        *Signature of Clerk or Deputy Clerk*